IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LEE JORGENSON, | ) No. C 08-04662 SBA (PR) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| BEN CURRY, | ) |
| Respondent. | ) |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 9/1/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  DANNY LEE JORGENSON,
                                          Case Number: CV08-04662 SBA
5           Plaintiff,
                                          **CERTIFICATE OF SERVICE**
6    v.

7  BEN CURRY et al,

8           Defendant.
                                        /

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11  That on September 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15

16  Danny L. Jorgenson H05330
    Salinas Valley State Prison
17  P.O. Box 689
    Soledad, CA 93960
18
    Dated: September 2, 2010
19
                                          Richard W. Wieking, Clerk
20                                        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Jorgenson4662.jud.wpd           2